598 A.2d 874

STATE OF NEW JERSEY v. GILBERT WOODWARD.

May 7, 1991.

Petition for certification granted, the sentence of defendant is summarily modified to concurrent presumptive terms for the offenses to which defendant entered guilty pleas, and the matter is remanded to the Superior Court, Law Division, for the entry of an appropriate amended judgment.

Jurisdiction is not retained.

598 A.2d 874

PRUDENTIAL PROPERTY & CASUALTY INSURANCE COMPANY v. CAROL M. HANSEN, CONNIE HANSEN, AND JANE DOE, AN INFANT BY HER GUARDIAN AD LITEM, MARY DOE.

May 14, 1991.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 121 *N.J.* 641, 583 *A.*2d 333 (1990).)

598 A.2d 874

STATE OF NEW JERSEY v. MICHAEL SIMPSON.

May 14, 1991.

Petition for certification granted, limited to this issue of merger, and the matter is summarily remanded to the Law Division for resentencing in accordance with *State v. Gonzalez,* 123 *N.J.* 462, 588 *A.*2d 816 (1991).